**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOANG MINH LE, an individual<br>Plaintiff,<br>vs.<br>YAZDANI PROPERTIES, LLC, a limited liability company;<br>Defendants. | Case No.: 5:26-cv-00139-KK-DSR<br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br>[Hon. Kenly Kiya Kato presiding] |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated October 19,2 026

Judge, United States District Court,
Central District of California